IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABBEY ZINK, PH.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-1170 |
| | ) |
| THE PENNSYLVANIA STATE | ) |
| SYSTEM OF HIGHER EDUCATION, | ) |
| SLIPPERY ROCK UNIVERSITY | ) |
| OF PENNSYLVANIA, and | ) |
| WILLIAM BEHRE, | ) |
| | ) |
| Defendants. | ) |

**HEARING MEMO ON STATUS CONFERENCE**

Before Judge W. Scott Hardy

Appeared for Plaintiff:          Appeared for Defendant:

James B. Lieber, Esq.            Mario R. Bordogna, Esq.

Hearing begun      6/4/24 at 2:00 p.m.      Hearing adjourned to  N/A
Hearing concluded  6/4/24 at 3:05 p.m.      Stenographer  A. Williamson
                                            Clerk:  K. Sheets

The Court held a telephonic Status Conference during which it discussed with the parties a discovery dispute.